IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MIKE J. SANDOVAL                                                                                     PLAINTIFF

        v.                                    Civil No. 12-3068

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                DEFENDANT

## ORDER

      Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* ("IFP"). ECF Nos. 1,2. Plaintiff's application will be returned to counsel because the Court finds that more information is needed to rule on his IFP application.

      Under question 3 of Plaintiff's IFP application, he lists his income as only from "other sources," noting food stamps for $200 and contributions from his girlfriend to pay for his electric and cell phone bills, which are the only monthly expenses listed in response to question 6. ECF No. 2. However, Plaintiff lists several assets that he owns, most notably a "home and 2 lots" for $130,000, but lists no debts or financial obligations. *Id.* Plaintiff must submit an amended IFP application and describe: the extent of his ownership in the home and 2 lots, including if any other person has an interest in the property and how much each person(s) holds in interest and whether there is any lien against the home and lots and any amount owed if any lien exits.  Plaintiff is directed to file his amended IFP application on or before June 26th, 2012.

      Should Plaintiff fail to comply within the required time period, his complaint will be subject to summary dismissal for failure to obey a court order.

      IT IS SO ORDERED this 12th day of June 2012.

                                             /s/ *J. Marschewski*
                                             HON. JAMES R. MARSCHEWSKI
                                             CHIEF UNITED STATES MAGISTRATE JUDGE